**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>　　Christopher D Jenkins<br>　　Shaquera S Banks<br>　　　　　Debtor(s) | Case No. 14-29298 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/11/2014.

2) The plan was confirmed on 10/24/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was completed on 08/10/2017.

6) Number of months from filing to last payment: 36.

7) Number of months case was pending: 38.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $11,680.00.

10) Amount of unsecured claims discharged without payment: $33,432.56.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $9,134.26 |
| Less amount refunded to debtor | $134.26 |

**NET RECEIPTS:** $9,000.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $402.23 |
| Other | $42.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,444.23

Attorney fees paid and disclosed by debtor: $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICASH LOANS LLC | Unsecured | 400.00 | 235.42 | 235.42 | 93.47 | 0.00 |
| CANCER TREATMENT CENTERS OF  | Unsecured | 2,758.00 | 1,029.00 | 1,029.00 | 408.54 | 0.00 |
| CAVALRY INVESTMENTS | Unsecured | 1,430.00 | 719.75 | 719.75 | 285.76 | 0.00 |
| DIRECTV | Unsecured | NA | 320.51 | 320.51 | 127.25 | 0.00 |
| HEIGHTS FINANCE CORP | Unsecured | NA | 50.00 | 50.00 | 19.85 | 0.00 |
| HEIGHTS FINANCE CORP | Secured | 2,550.00 | 1,833.14 | 1,833.14 | 1,833.14 | 66.80 |
| ILLINOIS BELL TELEPHONE COMPAN | Unsecured | NA | 1,123.06 | 1,123.06 | 445.89 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 100.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 1.66 | 1.66 | 0.66 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 331.00 | 334.22 | 334.22 | 334.22 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 398.63 | 398.63 | 158.27 | 0.00 |
| METAGLSSL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 610.00 | 579.88 | 579.88 | 230.23 | 0.00 |
| SALLIE MAE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION DEVRY INC | Unsecured | 376.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CO/TMOBIL | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CO/US CELL | Unsecured | 439.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CO/TMOBIL | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| FBCS/ADVOCATE CONDELL MEDICA | Unsecured | 525.00 | NA | NA | 0.00 | 0.00 |
| GENESIS LENDING | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| GREAT LAKES CR UN | Unsecured | 126.00 | NA | NA | 0.00 | 0.00 |
| GREANLEAF MEDICAL ASSOCIATES | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| GROOT | Unsecured | 140.89 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SE/IBJI/LAKE | Unsecured | 254.00 | NA | NA | 0.00 | 0.00 |
| JEFFCAPSYS/12 CORINTHIAN COLLE | Unsecured | 1,109.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| JRSI/STEVEN FINK & ASSOCIATES | Unsecured | 513.16 | NA | NA | 0.00 | 0.00 |
| LAKE SHORE GASTROENTEROLOGY | Unsecured | 2,146.00 | NA | NA | 0.00 | 0.00 |
| CHOICE RECOVERY/HEART & VASC | Unsecured | 227.00 | NA | NA | 0.00 | 0.00 |
| MIRAMEDRD | Unsecured | 262.00 | NA | NA | 0.00 | 0.00 |
| MUNICOLLOFAM/CITY OF ZION | Unsecured | 182.00 | NA | NA | 0.00 | 0.00 |
| MURPHY LOMON & ASSOCIATES | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE GAS | Unsecured | 691.00 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE SANITARY DISTRICT | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN HOSPITAL | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| OAC | Unsecured | 430.00 | NA | NA | 0.00 | 0.00 |
| COMED | Unsecured | 1,038.00 | NA | NA | 0.00 | 0.00 |
| CONDELL MEDICAL CENTER | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF PHOENIX | Unsecured | 2,555.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST CREDIT SYSTEM/COMC | Unsecured | 1,176.00 | NA | NA | 0.00 | 0.00 |
| STELLAR REC/COMCAST | Unsecured | 470.00 | NA | NA | 0.00 | 0.00 |
| CONVERGENT OUTSOURCING/COMC | Unsecured | 583.00 | NA | NA | 0.00 | 0.00 |
| CRD PRT ASSO/COMCAST | Unsecured | 184.00 | NA | NA | 0.00 | 0.00 |
| CREDIT CNTRL | Unsecured | 1,702.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MAMAGEMENT LP/COMCAS | Unsecured | 184.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CO/PATIENT FIRST | Unsecured | 335.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CO/MIDWESTERN | Unsecured | 302.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CO/MIDWESTERN | Unsecured | 273.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CO/PATIENT FIRST | Unsecured | 253.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CO/PATIENT FIRST | Unsecured | 226.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CO/PATIENT FIRST | Unsecured | 151.00 | NA | NA | 0.00 | 0.00 |
| ARNOLDHARRIS/LAKE COUNTY CIR | Unsecured | 284.00 | NA | NA | 0.00 | 0.00 |
| ARC INC/TCF BANK | Unsecured | 184.00 | NA | NA | 0.00 | 0.00 |
| CCI/NORTH SHORE GAS CO | Unsecured | 2,196.00 | NA | NA | 0.00 | 0.00 |
| CCI/COMED | Unsecured | 688.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC/DIONISIO | Unsecured | 136.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC/THOMAS | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC/LAKE HEA | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC/GURNEE R | Unsecured | 12.00 | NA | NA | 0.00 | 0.00 |
| PINNACLE CREDIT SERVICE/VERIZO | Unsecured | 2,178.00 | NA | NA | 0.00 | 0.00 |
| UNIQUE NATIONAL COLLEC/ROUND | Unsecured | 157.00 | NA | NA | 0.00 | 0.00 |
| UNIQUE NATIONAL COLLEC/WARRE | Unsecured | 86.00 | NA | NA | 0.00 | 0.00 |
| CITY OF PARK CITY | Unsecured | 143.69 | NA | NA | 0.00 | 0.00 |
| CITY OF WAUKEGAN | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| THE MOBILE SOLUTION | Unsecured | 250.00 | 250.00 | 250.00 | 99.26 | 0.00 |
| THE MOBILE SOLUTION | Unsecured | 250.00 | 250.00 | 250.00 | 99.26 | 0.00 |
| THE MOBILE SOLUTION | Unsecured | 250.00 | 250.00 | 250.00 | 99.26 | 0.00 |
| UNITED STUDENT AID FUNDS INC | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| UNITED STUDENT AID FUNDS INC | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| VERIZON | Unsecured | 641.46 | 639.52 | 639.52 | 253.91 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $1,833.14 | $1,833.14 | $66.80 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$1,833.14** | **$1,833.14** | **$66.80** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $334.22 | $334.22 | $0.00 |
| **TOTAL PRIORITY:** | **$334.22** | **$334.22** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$5,847.43** | **$2,321.61** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,444.23 |
| Disbursements to Creditors | $4,555.77 |
| **TOTAL DISBURSEMENTS :** | **$9,000.00** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/19/2017                               By: /s/ Glenn Stearns
                                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**